CITY OF PARKSTON, Respondent, v. KAYSER et al,
Appellants.

(208 N. W. 580.)

(File No. 5876.    Opinion filed April 22, 1926.)

Appeal from Circuit Court, Hutchinson County; Hon. R. B.
TRIPP, Judge.

*Wm. C. Rempfer,* of Parkston, and *Hitchcock & Sickel,* of
Mitchell, for Appellants.

*Wm. H. Glynn,* of Parkston, and *Wicks & Quinn,* of Scot-
land, for Respondent.

GATES, P. J.    This is an appeal from an order overruling
defendants' demurrer to the complaint.

The complaint alleges the corporate capacity of plaintiff; that
William Kayser was elected and qualified as city treasurer; the
furnishing and approval of his official bond with one Hoffman
and Kayser, Jr., as sureties, which bond is set forth in full; that
on April 10, 1924, the American State Bank of Parkston became
insolvent and was taken possession of by the superintendent of
banks; that said treasurer then had city funds on deposit in said
bank amounting to $11,414.50; that upon retiring from office the
treasurer accounted to the city for all money except the above
deposit—and further alleges demand and refusal.

The questions raised in this appeal are all disposed of by the
opinion in Edgerton Ind. Con. School Dist. v. Volz, 50 S. D. 107,
208 N. W. 576.    For the reasons therein stated, the order appealed
from in this case is reversed.

MISER, Circuit Judge, sitting in lieu of SHERWOOD, J.